**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 339 WAL 2018
                                      :
            Respondent           :
                                        :   Petition for Allowance of Appeal from
                                        :   the Order of the Superior Court
            v.                   :
                                        :
                                        :
TANIKA LESHE HORTON,            :
                                        :
            Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 4th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.